# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **MARIO HUMBERTO GARRIDO AMADOR,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| | § | **No. 3:26-CV-02123-LS** |
| **v.** | § | |
| | § | |
| **DEPARTMENT OF HOMELAND SECURITY,** | § | |
| | § | |
| | § | |
| ***Respondent*.** | § | |

## ORDER DISMISSING CASE

The Court ordered Petitioner to move to proceed *in forma pauperis* or pay the filing fee by September 3, 2026.[1] As there have been no filings since, the Court **DISMISSES** this case without prejudice for want of prosecution.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 13, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 2.